UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEL PENTLARGE

V.                                              CA    04-30188-MAP

TOWN CLERK OF WARE

NOTICE OF HEARING

October 14, 2004

A hearing on plaintiff's Motion for Preliminary Injunction has been scheduled for October 28, 2004 at 3:00 p.m.   regarding his request to enforce his right to vote by absentee ballot.   This hearing shall be heard before the Honorable Michael A. Ponsor at the U.S. Court, 1550 Main Street, Springfield, Massachusetts.

Should this matter be resolved prior to the hearing, plaintiff and or counsel for defendant (with plaintiff's assent) shall notify Court no later than October 26, 2004 indicating the hearing will not be necessary.

MICHAEL A. PONSOR
U.S. DISTRICT JUDGE


/s/Elizabeth A. French
_____
Elizabeth A. French
Deputy Clerk