

TEL: 413-967-4471 EXT. 103

## TOWN OF WARE, MASSACHUSETTS
## OFFICE OF THE TOWN CLERK

126 MAIN STREET, WARE, MASSACHUSETTS 01082

NANCY J. TALBOT
*TOWN CLERK*

October 14, 2004

Mr. Joel Pentlarge
Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

Dear Mr. Pentlarge:

    Enclosed is the Absentee Ballot for the State Election on November 2, 2004. This request was made by you, in a letter sent to me on October 8, 2004 and received in my office on October 13, 2004.

Sincerely,

Nancy J. Talbot
Town Clerk – Ware