UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


JOEL PENTLARGE

      V.                              CA    04-30188-MAP

TOWN OF CLERK OF WARE
`

## SETTLEMENT ORDER OF DISMISSAL

    The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) days to reopen the action if settlement is not consummated by the parties.


DATED: OCTOBER 26, 2004


                                    TONY ANASTAS
                                        CLERK


                        BY:   /s/Elizabeth A. French
                                Elizabeth A. French
                                Deputy Clerk